LAW OFFICES
# STEVEN A. VARANO, P.C.
96 NEWARK POMPTON TURNPIKE
P.O. Box 360
LITTLE FALLS, NEW JERSEY 07424
TEL: (973) 256-1414
FAX: (973) 256-6111
EMAIL: MAIL@VARANOLAW.COM

STEVEN A. VARANO*
ERIC S. HAUSMAN°
JOSEPH P. SLAWINSKI°
ILYA KRAMINSKY°
ALBERT J. SEIBERT*
STEPHEN E. LUNDY

*MEMBER OF NJ & PA BARS
°MEMBER OF NJ & NY BARS

August 14, 2019

**Via ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg US & PO & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

      RE.:   **David Diehl vs. Jesse James and West Coast Choppers, Inc.**
               **Civil Action No. 2:17-CV-05806-KSH-CLW**
               **Our File No.: CV 26132**

Dear Judge Waldor:

      As the Court is aware, this office represents the Plaintiff David Diehl with regard to the above referenced matter.

      Kindly accept this letter as notification that this matter has been settled between the parties.

      If you have any questions in this regard, please do not hesitate to contact our office.

      Thank you.

                                     Respectfully,

                                     JOSEPH P. SLAWINSKI

JPS/sr
Cc:   Lori P. Hager, Esq. (via ECF)